300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a1042-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a0142-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a1024-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a1040-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1049-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1032-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1062-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3042-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1092-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1242-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1642-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443